# Court of Appeals
# of the State of Georgia

ATLANTA,___April 10, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1390.  JOHNNY HOLLMAN v. THE STATE.**

Johnny Hollman pled guilty to aggravated assault with a deadly weapon, armed robbery, and possession of a firearm during the commission of a felony.  The trial court denied Hollman's motion to withdraw his guilty plea, and we affirmed.  See *Hollman v. State*, 280 Ga. App. 53 (633 SE2d 395) (2006).  On January 12, 2015, Hollman filed a notice of appeal from his conviction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the appealable judgment.  Hollman's notice of appeal, however, was filed almost 12 years after the disposition of his case.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers International Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Accordingly, we lack jurisdiction to consider Hollman's appeal.

Moreover, to the extent that Hollman's notice of appeal may be construed as a request for an out-of-time appeal, he is not entitled to such relief because he has already had a direct appeal.  See *Jackson v. State*, 273 Ga. 320 (540 SE2d 612) (2001) (defendant "not entitled to another bite at the apple by way of a second appeal.").  For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* _____ 04/10/2015 _____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*